AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____ on the following

☐ Trademarks or     ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT | |
|---|---|---|---|
| PLAINTIFF | | DEFENDANT | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment     ☐ Answer     ☐ Cross Bill     ☐ Other Pleading | | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|   |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|   |   |   |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**

# GOLDBERG KOHN LTD.

November 2, 2018

robert.leighton@goldbergkohn.com
direct phone: 312.863.7194
direct fax:  312.863.7894

VIA U.S. MAIL & E-MAIL

David Chaimovitz
Aero Trade, LLC
1700 W Fulton St.
Chicago, IL  60612
david@aerotrade.com

Re:    Infringement of Aertrade LLC's Trademark Rights

Dear Mr. Chaimovitz:

This firm represents Aertrade LLC ("Aertrade"), a leader in the business of purchasing, leasing, and exchanging of aviation engines, parts, and airframe rotable components and accessories. Aertrade is based in Chicagoland and serves customers throughout the United States and internationally.  Since 2007, Aertrade has used the trademark AERTRADE and, through its use and promotion of the mark, acquired valuable goodwill and public recognition.

It has recently come to our attention that Aero Trade LLC ("ATL") is using the name AERO TRADE in connection with its Chicago-based business providing rotable components for commercial, regional and business aircraft.  This trademark is nearly identical to the AERTRADE mark and is used in connection with goods and services that are nearly identical to those of Aertrade.  Indeed, the marks differ by only by the letter "O" and the companies are direct competitors, both based in Chicagoland.

Given the similarity of the marks and products at issue, ATL's use of the use of AERO TRADE mark is very likely to confuse consumers as to the source, association, affiliation, or sponsorship of ATL's goods and services with those of Aertrade.  In fact, Aertrade has been made aware of a number of instances of actual confusion that have already occurred.

In light of its well established  rights in the AERTRADE mark, Aertrade demands that ATL immediately and permanently discontinue any use of the mark AERO TRADE or any similar mark in connection with aviation parts or services.

Our client prefers an amicable resolution of this matter, but is obliged to protect its valuable intellectual property rights.  We ask that you  promptly provide written confirmation that you will comply with this request.  If we do not receive a satisfactory response by the close of business on November 16, 2018, Aertrade is prepared to take all steps necessary to protect its intellectual property rights, without further notice.

Aero Trade, LLC
November 2, 2018
Page 2

GOLDBERG KOHN LTD.

This letter is written without waiver of or prejudice to any of our client's rights or remedies, all of which are expressly reserved. Please feel free to contact me to discuss.

Sincerely,

Robert D. Leighton

cc:   Jason Kozin, Registered Agent (via email)
      jasonk@imperialgp.com